THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Shondell C.
 Patterson, Appellant.
 
 
 

Appeal from Richland County
   J. Ernest Kinard, Jr., Circuit Court
Judge

Unpublished Opinion No.  2008-UP-655
 Submitted December 1, 2008  Filed
December 4, 2008

APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Shondell
 C. Patterson appeals his guilty plea to resisting arrest with a
 deadly weapon and two counts of assault and battery upon an emergency medical
 service provider.  He maintains his guilty plea failed to conform with the
 mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Pattersons appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
Hearn, C.J., Short and Konduros,
 JJ., concur

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.